UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY PON,

    Plaintiff(s),            No. C 09-0420 PJH

    v.            **ORDER**

PIER 1 IMPORTS,

    Defendant(s).

_____/

Before the court is the request of plaintiff's counsel, M. Van Smith, requesting to withdraw as plaintiff's counsel due to medical reasons. Defendant has filed a statement of non-opposition to the motion. While the court finds good cause for counsel's withdrawal has been shown, the request cannot be granted until the court has plaintiff's consent and an indication whether she will proceed in pro per or substitute new counsel. In the event plaintiff elects to proceed in pro per, she will have to provide the court with her telephone and phone number so that she may be contacted by the court. The July 1, 2009 hearing date is VACATED. The motion is submitted pending the court's receipt of the information requested above.

**IT IS SO ORDERED.**

Dated: June 12, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge