1  DIRK M. SCHENKKAN (No. 72533)
   Email:  dschenkkan@howardrice.com
2  D'LONRA C. ELLIS (No. 239623)
   Email:  dellis@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  RUSSELL D. CAWYER (*Pro Hac Vice*)
   SHANNON R. WALLER (*Pro Hac Vice*)
8  KELLY, HART & HALLMAN, P.C.
   201 Main Street, Suite 2500
9  Fort Worth, Texas  76102
   Telephone:    817/332-2500
10 Facsimile:    817/878-9280

11 Attorneys for Defendant
   PIER 1 IMPORTS (U.S.), INC., erroneously
12 sued herein as PIER 1 IMPORTS, INC.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

17 TIFFANY PON,                          No. CV 09-0420 PJH

18              Plaintiff,               Action Filed:  January 29, 2009

19      v.                               DEFENDANT'S REQUEST TO
                                         CONTINUE THE INITIAL CASE
20 PIER 1 IMPORTS, INC., a foreign       MANAGEMENT CONFERENCE AND
   corporation,                          ASSOCIATED DEADLINES
21
                Defendant.               Judge:      Hon. Phyllis J. Hamilton
22
                                         Trial Date:  None set
23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    Pursuant to Local Rule 16-2(d), Defendant Pier 1 Imports (U.S.), Inc. ("Defendant")

2    requests that the Court continue the Initial Case Management Conference and associated

3    deadlines for a period of 60 days.

4    The Clerk's Notice dated April 21, 2009 (the "Notice") set the Initial Case

5    Management Conference for July 2, 2009, at 2:30 p.m., and required the parties to file the

6    joint case management conference statement by June 25, 2009.  The Notice also effectively

7    continued the deadlines for the parties to meet and confer regarding initial disclosures, early

8    settlement, ADR process selection, and a discovery plan, and to file Rule 26(f) Reports and

9    complete initial disclosures.  *See* Order Setting Initial Case Management Conference and

10   ADR Deadlines, dated January 29, 2009 ("If the Initial Case Management Conference is

11   continued, the other deadlines are continued accordingly.")

12   On May 13, 2009, M. Van Smith, counsel for Plaintiff, filed a motion to withdraw as

13   counsel on the ground that he has a medical condition that prevents him from representing

14   the plaintiff.  Defendant filed a statement of non-opposition on June 9, 2009.  The Court

15   issued an order on June 12, 2009, which found good cause for Mr. Smith's withdrawal, but

16   declined to grant the motion until Plaintiff consented to the withdrawal and informed the

17   Court whether she intended to proceed in pro per or to substitute new counsel.  The Court

18   vacated the hearing date on the motion to withdraw as well.

19   So far as Defendant is aware, Plaintiff has not yet consented to Mr. Smith's withdrawal

20   or indicated how she intends to proceed with this matter.  On June 26, 2009, we attempted to

21   contact Plaintiff's counsel by telephone regarding the status of these matters.  Mr. Smith

22   returned the call on the weekend and left a message agreeing to a continuance of the case

23   management conference.  An accurate transcription of Mr. Smith's voicemail is attached

24   hereto as Exhibit A.

25   In light of the uncertainties in this regard, Defendant requests that the Case

26   Management Conference and all of the associated deadlines be continued for a period of 60

27   days to permit the issue regarding the withdrawal of Plaintiff's counsel to be resolved.  We

28   are aware of no prejudice that would inure to either side from this and believe it to be in the

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

REQUEST TO CONTINUE THE INITIAL CMC                    CV 09-0420 PJH

-1-

1    interests of justice.

2

3    June 29, 2009.                          Respectfully,

4                                            HOWARD RICE NEMEROVSKI CANADY
                                                 FALK & RABKIN
5                                            A Professional Corporation

6                                            KELLY, HART & HALLMAN, P.C.

7
                                             By:        /s/ Dirk M. Schenkkan
8                                                     DIRK M. SCHENKKAN

9                                            Attorneys for Defendant PIER 1 IMPORTS (U.S.),
                                             INC., erroneously sued herein as PIER 1
10                                           IMPORTS, INC.

11

12   CASE MANAGEMENT CONFERENCE
     CONTINUED TO 9/3/09 AT 2:30 P.M.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28