UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY PON,

    Plaintiff,

    v.

PIER 1 IMPORTS, INC.,

    Defendant.

_____/

No. C 09-0420 PJH

**ORDER VACATING HEARING DATE**

On October 27, the court issued an order to show cause why plaintiff should not be sanctioned for failure to comply with the court's prior order conditionally granting counsel's motion to withdraw as plaintiff's counsel and requesting plaintiff to address her representative status with the court, and/or for failing to prosecute this matter.

The court is in receipt of plaintiff's response to the order to show cause, filed October 28, indicating counsel's intention to continue his representation of plaintiff, and his corresponding request that the motion to withdraw as counsel be withdrawn from the docket.

Plaintiff's request to withdraw the previously filed motion is GRANTED and the court's prior order conditionally granting the motion to withdraw is hereby VACATED. The hearing on the order to show cause, previously set for December 2, 2009, is also VACATED.

**IT IS SO ORDERED.**

Dated: October 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge