United States District Court

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   TIFFANY PON,

8          Plaintiff,                              No. C 09-0420 PJH

9       v.                                         **ORDER GRANTING LIMITED
                                                   EXTENSION OF DISCOVERY AND**
10  PIER 1 IMPORTS,                                **PRETRIAL DEADLINES**

11         Defendant.

12  _____/

13         The court is in receipt of plaintiff's motion for an order extending all discovery and

14  pretrial motion deadlines for a period of four months.  As proof of good cause for the

15  extension, plaintiff's counsel attests – both in connection with this motion and in his notice

16  of unavailability filed with the court earlier – that he will be undergoing open heart surgery

17  beginning March 1, 2010, which surgery will necessitate a hospital stay of up to 10 days,

18  and an eight to twelve week convalescence period.  Defendant, in response, opposes

19  plaintiff's request on grounds that the delays in this matter have been excessive, and that

20  plaintiff's counsel's request is furthermore suspect, in view of counsel's service of a

21  "barrage" of discovery requests upon defendant over the past two weeks.

22         Generally, the court finds that plaintiff's counsel's pending heart surgery satisfactorily

23  establishes good cause for at least some extension of the discovery and pretrial dates

24  currently in effect.  The court additionally notes, however, that notwithstanding counsel's

25  representation that he will be in the hospital for up to 10 days beginning March 1, and

26  subject to a convalescence period of up to 12 weeks, plaintiff has recently filed a motion to

27  quash and noticed it for hearing on March 31, 2010 – approximately 4 weeks after

28  counsel's surgery date, and well in advance to the eight to 12 week convalescence period

1    invoked by counsel in his notice of availability.

2          Accordingly, the court GRANTS plaintiff's request for an extension of discovery and

3    pretrial deadlines.  However, the court declines to grant an extension spanning four

4    months.  Rather, the parties' discovery and pretrial deadline dates are extended by **four**

5    **weeks** only.  Should either party desire an additional extension beyond these four weeks,

6    such a request may only be made via appearance at a further case management

7    conference before the court, either in person or telephonically.  Either party may request

8    such a conference by contacting the courtroom deputy assigned to the undersigned.

9

10    **IT IS SO ORDERED.**

11    Dated: March 1, 2010

12                                                  _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

**United States District Court**
For the Northern District of California

2