UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY PON,

    Plaintiff,                      No. C 09-0420 PJH

   v.                               **ORDER OF REFERENCE**
                                               **TO MAGISTRATE JUDGE**

PIER 1 IMPORTS,

    Defendant.
_____/

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of (1) plaintiff's motion for order to quash subpoena and that deposition not be held, (2) defendant's motion to compel discovery responses and production of documents, (3) defendant's motion challenging the sufficiency of plaintiff's responses to defendant's request for admission, and for all further discovery.  Any date for hearing noticed on the undersigned's calendar is VACATED.

      The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes.  The information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated:  March 1, 2010

                                                                    _____
                                                                    PHYLLIS J. HAMILTON
                                                                    United States District Judge

cc:  Wings, Assigned M/J, counsel of record