UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY PON

    Plaintiff,

    v.

PIER 1 IMPORTS, INC.

    Defendant.

_____/

No.09-0420-PJH (EDL)

ORDER CONTINUING HEARING ON DISCOVERY MOTIONS

    The Court is currently scheduled to hear: (1) Plaintiff's Motion for Order to Quash Subpoena and that Deposition Not Be Held; (2) Defendant's Motion Challenging the Sufficiency of Plaintiff's Responses to Defendant's Requests for Admission; and (3) Defendant's Motion to Compel Discovery Responses and Production of Documents on Friday, April 2, 2010.  On March 22, 2010, Counsel for Plaintiff filed a request for a 30 day extension of time to oppose Defendant's motions, to allow him time to recover from very recent heart surgery.  Upon consideration of the request, the Court finds good cause for extending the briefing schedule and continuing the hearings on all three motions.

    Therefore, it is hereby ORDERED that a hearing will be held on (1) Plaintiff's Motion for Order to Quash Subpoena and that Deposition Not Be Held; (2) Defendant's Motion Challenging the Sufficiency of Plaintiff's Responses to Defendant's Requests for Admission; and (3) Defendant's Motion to Compel Discovery Responses and Production of Documents on April 28, 2010.  Plaintiff's Oppositions to Defendant's motions and Reply to Defendant's Opposition to Plaintiff's motion shall be due on April 20, and Defendant's Reply to Plaintiff's Oppositions shall be due on April 23.  Enforcement of the subpoena of Kimberly Foreman is hereby stayed pending the Court's ruling on Plaintiff's motion to quash.  To the extent possible, the parties are ordered to meet and confer regarding

the issues raised in Defendant's motions to determine if each of them requires resolution by this Court, and will notify the Court as soon as possible if any issues become moot in the interim.

**IT IS SO ORDERED.**

Dated:  March 23, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge