IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIFFANY PON,

    Plaintiff,

v.

PIER 1 IMPORTS, INC.,

    Defendant.

No. C-09-0420-PJH  EDL

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**

On April 21, 2010, Plaintiff's counsel filed a request to appear telephonically at the April 28, 2010 hearing on: (1) Plaintiff's Motion for Order to Quash Subpoena and that Deposition Not Be Held; (2) Defendant's Motion Challenging the Sufficiency of Plaintiff's Responses to Defendant's Requests for Admission; and (3) Defendant's Motion to Compel Discovery Responses and Production of Documents.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution.  The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length.  Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented.  If the Court concludes that the telephonic appearance is interfering with the hearing, the Court may continue the hearing and may order personal appearances.

Counsel shall stand by beginning at 2:00 p.m. on April 28, 2010 until called by the Court.

Dated: April 22, 2010


ELIZABETH D. LAPORTE
United States Magistrate Judge